UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA JOHNSON,<br><br>    Plaintiff.<br><br>    v.<br><br>PUGET SOUND COMMERCE CENTER INC, et al.,<br><br>    Defendants. | Case No. 15-cv-02664-EMC   (JSC)<br><br>**ORDER RE: SETTLEMENT NEGOTIATIONS** |

This action has been referred to Magistrate Judge Jacqueline Scott Corley for settlement purposes. The parties are ordered to do the following:

1. Within the next 30 days Plaintiff(s) shall make a demand in writing for settlement to each defendant. If Plaintiff has already done so, Plaintiff shall reiterate his/her demand or make a new demand.

2. Each defendant shall respond in writing to Plaintiff's demand within 30 days of receipt of the demand.

3. Following the exchange of offers and counteroffers, the parties shall negotiate in a good faith attempt to resolve the claims without further court intervention.

4. The Court will hold a further telephone settlement conference with the parties on May 4, 2016 at 9:00 a.m.

5. On or before Friday, February 26, 2016, Plaintiff and Defendant Georgia Pacific shall ensure that Georgia Pacific has the name and contact information of the third-party witness discussed during the February 24, 2016 telephone conference.

**IT IS SO ORDERED.**

Dated: February 24, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge