ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
KIMBERLY J. CHU, ESQ., S.B. #206817
Email: kchu@braytonlaw.com
BRAYTON✧PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCELLA JOHNSON, as Successor-in-Interest to and as Wrongful Death Heir of RICHARD JOHNSON, Deceased; and DEVIN JOHNSON, TIFFANEY JOHNSON, as Wrongful Death Heirs of RICHARD JOHNSON, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGIA-PACIFIC LLC (FKA GEORGIA-PACIFIC CORPORATION), et al.,<br><br>Defendants. | No. 3:15-cv-02664-EMC<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION RE: EXTENSION OF DISPOSITIVE MOTION AND EXPERT DISCOVERY DEADLINES DUE TO UPCOMING SETTLEMENT CONFERENCE<br><br>Trial Date: March 27, 2017<br>Judge: Honorable Edward Chen<br>Courtroom: 5 - 17th Floor |

Based on the good cause shown in parties' Stipulation re: Extension of Dispositive Motion and Expert Discovery Deadlines Due to Upcoming Settlement Conference, between plaintiffs and remaining defendant PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION), the court approves of said stipulation and hereby orders the following:

Parties' deadlines are revised as follows, with all other dates in the February 10, 2016, Case Management and Pretrial Order for Jury Trial, Doc. 34, remaining the same:

///

///

Expert Reports:

Opening Expert Reports due: October 28, 2016

Rebuttal Expert Reports due: November 11, 2016

Expert Discovery Cut-Off: January 3, 2017

Dispositive Motions:

Motions due: October 28, 2016

Oppositions due: November 18, 2016

Replies due: December 7, 2016

Last day for hearings: December 22, 2016

IT IS SO ORDERED.

Dated: 8/12/2016

Honorable
United S[tates]

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*