**BRAYTON✦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCELLA JOHNSON, as Successor-in-Interest to and as Wrongful Death Heir of RICHARD JOHNSON, Deceased; and DEVIN JOHNSON, TIFFANEY JOHNSON, as Wrongful Death Heirs of RICHARD JOHNSON, Deceased,<br><br>          Plaintiffs,<br><br>vs.<br><br>GEORGIA-PACIFIC LLC (FKA GEORGIA-PACIFIC CORPORATION), et al.,<br><br>          Defendants. | No. 3:15-cv-02664-EMC<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION)** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION) are hereby dismissed with prejudice.

Dated:  9/30/16

IT IS SO ORDERED

Judge Edward M. Chen

---

1

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION)