1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARCELLA JOHNSON, et al., | Case No. 3:15-cv-02664-EMC |
| Plaintiff, | **ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GEORGIA-PACIFIC LLC, f/k/a GEORGIA-PACIFIC CORPORATION** |
| v. | |
| PUGET SOUND COMMERCE CENTER, INC., et al., | |
| Defendants. | |

ORDER DISMISSING DEFENDANT GEORGIA-PACIFIC LLC
3:15-CV-02664-EMC
60312-0001.1372/133490993.1

1  PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant GEORGIA-PACIFIC LLC, f/k/a GEORGIA-PACIFIC CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November __7__, 2016          By: _____
                                         Edward M. Chen, United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

-2-

ORDER DISMISSING DEFENDANT GEORGIA-PACIFIC LLC
3:15-CV-02664-EMC
60312-0001.1372/133490993.1