BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MARCELLA JOHNSON, as Successor-in-Interest to and as Wrongful Death Heir of RICHARD JOHNSON, Deceased; and DEVIN JOHNSON, TIFFANEY JOHNSON, as Wrongful Death Heirs of RICHARD JOHNSON, Deceased,

        Plaintiffs,

vs.

GEORGIA-PACIFIC LLC (FKA GEORGIA-PACIFIC CORPORATION), et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 3:15-cv-02664-EMC

**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION)**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION) are hereby dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Clerk of the Court is directed to close this case. The 3/27/17 jury trial and trial related deadlines are vacated.

December 6, 2016

Dated: _____

By: _____
Edward M. Chen
United States District

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

1

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION)